**FILED**

06/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0051

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 21-0051

STATE OF MONTANA,         )
                                  )
      Plaintiff/Appellees,     )
                                  )      **ORDER FOR**
vs.                             )      **ADDITIONAL TIME FOR**
                                  )      **FILING OPENING BRIEF**
MICHAEL BONACORSI,   )
                                  )
      Defendant/Appellant.   )

Upon review of the Defendant/Appellant Third Motion for Additional Time for Filing Opening Brief, and good cause therefrom;

It is hereby ORDERED that the Defendant/Appellant shall have an additional thirty (30) days from June 16, 2021, due date to file their Opening Brief. Defendant/Appellant Opening Brief will be due July 16, 2021.

cc: Jami Rebsom
     Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2021